PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON
```

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Vincent Aldan Cruz          Case Number: 2:05CR00077-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 11/22/1998          Type of Supervision: Supervised Release

Original Offense: Possession of a Machine Gun, 18 U.S.C. § 922(o); Distribution of Methamphetamine Hydrochloride, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: 9/5/2003

Original Sentence: Prison - 87 Months; TSR - 72 Months          Date Supervision Expires: 9/4/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17.   You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

Vincent A. Cruz violated the conditions of his supervised release in the Eastern District of Washington, Spokane, by submitting a urine sample on March 18, 2005, which tested positive for amphetamine and methamphetamine. Mr. Cruz was interviewed regarding the positive urinalysis test on April 4, 2005. Mr. Cruz admitted that he found a package containing methamphetamine near the telephone booth at a local grocery store. Mr. Cruz acknowledged picking up the package and using the drugs from the package.

The defendant's urinalysis tests were increased from once a month to four times a month. The defendant has also agreed to signing a modification of his supervised release to include a condition for mental health counseling.

Respectfully submitted,

by   *[signature]*

Anne L. Sauther
U.S. Probation Officer
Date: April 18, 2005

Prob 12B
**Re: Cruz, Vincent Aldan**
**April 18, 2005**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

4/18/05
_____
Date